UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL D. SPEARS,

                Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
_____/

Case No. 13-13905

Paul D. Borman
United States District Judge

Charles Binder
United States Magistrate Judge

OPINION AND ORDER:
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF No. 22);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15);
AND (3) GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (ECF No. 19)

On September 29, 2014, Magistrate Judge Charles Binder issued a Report and Recommendation addressing the outstanding motions in this action. (ECF No. 22). In the Report and Recommendation, the Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment (ECF No. 15) and grant Defendant's motion for summary judgment (ECF No. 19). Having reviewed the Report and Recommendation and there being no timely objections filed to the report pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 22), GRANTS Defendant Commissioner's Motion for Summary Judgment (ECF No. 19), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 15), and DISMISSES this

action with PREJUDICE.

    IT IS SO ORDERED.

                                              s/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 1, 2014

                                CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 1, 2014.

                                              s/Deborah Tofil  
                                              Case Manager